IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**               **CASE NO.  4:09CR00173 JMM**

**BILLY FERRELL DEAVER**

### ORDER

The United States of America's Motion to Dismiss the Information against Billy Ferrell Deaver is granted (#2).   The Misdemeanor Information filed on July 8, 2009, is hereby dismissed.

IT IS SO ORDERED THIS   16   day of   July  , 2009.

James M. Moody
United States District Judge